# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**August 28, 2014**

| | | |
|---|---|---|
| CAAP–11–00 00722 | Waltrip v. TS Enterprises, Inc. | Vacated and Remanded |

**August 29, 2014**

| | | |
|---|---|---|
| CAAP–13–00 04805 | KG, In re | Affirmed |
| CAAP–10–00 00126 | Retutal v. Retutal | Affirmed |
| CAAP–13–00 03358 | State v. Fernandez | Vacated and Remanded |

**September 5, 2014**

| | | |
|---|---|---|
| CAAP–13–00 00063 | State v. Costante | Affirmed |

**September 11, 2014**

| | | |
|---|---|---|
| CAAP–11–00 00803 | Boydstun v. Polynesian Cultural Center | Affirmed |
| CAAP–12–00 00057 | US Bank Nat. Ass'n v. Long | Affirmed |

**September 12, 2014**

| | | |
|---|---|---|
| CAAP–12–00 00143 | State v. Kahalewai | Affirmed |
| CAAP–12–00 00142 | State v. Smith | Affirmed |

**September 15, 2014**

| | | |
|---|---|---|
| CAAP–11–00 01106 | Zhang v. State, Dept. of Land and Natural Resources | Affirmed |